AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan, Brian M. | U.S. District Court, ED of NY | 06/05/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Trustees | Brooklyn Queens Conservatory of Music |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Hogan Lovells US LLP, Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YALE LAW SCHOOL | MAY 16 - 23, 2016 | BEIJING, CHINA | YALE LAW SCHOOL - CHINA CENTER WORKSHOPS IN CHINA | TRANSPORTATION, MEALS, HOTEL |
| 2. | FEDERAL BAR COUNCIL | OCTOBER 14 - 16, 2016 | SKYTOP, PA | FALL BENCH & BAR RETREAT | PROGRAM, TRANSPORTATION, MEALS, HOTEL |
| 3. | UNIVERSITY OF MIAMI | DECEMBER 1 - 2, 2016 | MIAMI, FL | UNIVERSITY OF MIAMI SCHOOL OF LAW CLASS ACTION FORUM | TRANSPORTATION, MEALS, HOTEL |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amex Platinum | Credit Card | L |
| 2. | Chase Visa | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 3. Brokerage Account #8 (H) | | | | | | | | | |
| 4. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | | | Closed | 06/02/16 | J | | |
| 5. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | | | Closed | 06/02/16 | K | | |
| 6. Brokerage Statement #18 (H) | | | | | | | | | |
| 7. - Raymond James Bank | A | Int./Div. | K | T | | | | | |
| 8. -AMG GW&K Municipal Bond Fund Investor CL N/L | B | Dividend | L | T | | | | | |
| 9. - AMG Southernsun US Equity | A | Dividend | K | T | | | | | |
| 10. - Alger Capital Appreciation Instl Portfolio | A | Dividend | K | T | | | | | |
| 11. - Artisan International Value fund Inv Shs | B | Dividend | L | T | | | | | |
| 12. -Causeway International Value Fund Investor Class | A | Dividend | J | T | | | | | |
| 13. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | J | T | | | | | |
| 14. - Columbia FDS SER TR II Mass Select Large Cap Value | C | Dividend | L | T | | | | | |
| 15. -Cullen High Dividend Equity Fund | B | Dividend | K | T | | | | | |
| 16. - Guggenheim Total Return Bond Fund Instl CL | A | Dividend | K | T | Buy | 10/13/16 | K | | |
| 17. - Oakmark International Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JPMorgan Strategic Income Opptys Fund CL A | C | Dividend | L | T | | | | | |
| 19. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 20. - Lord Abbett Short Duration Income Fund CL F N/L | C | Dividend | L | T | | | | | |
| 21. - Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 22. -Oppenheimer International Growth Fund-CL A | A | Dividend | L | T | | | | | |
| 23. -PIMCO Income Fund Class P N/L | C | Dividend | L | T | | | | | |
| 24. - Ishare Trust Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 25. - Ishares NASDAQ Biotechology Index Fd | | None | | | Sold (part) | 01/19/16 | K | D | |
| 26. | | | | | Sold | 01/20/16 | J | | |
| 27. - Ishares Trust Russell 1000 VAL ETF | A | Dividend | J | T | | | | | |
| 28. - Ishares Trust Russell 1000 Growth Index | A | Dividend | K | T | Sold (part) | 01/19/16 | K | D | |
| 29. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 30. - Ishares Trust Core S&P SCP | A | Dividend | K | T | | | | | |
| 31. - Powershares QQQ Trust Unit Series 1 | A | Dividend | K | T | | | | | |
| 32. - Sector SPDR Trust SBI Int Financial | | None | | | Sold (part) | 01/22/16 | K | A | |
| 33. | | | | | Sold | 01/25/16 | J | | |
| 34. - Sector SPDR Trust SBI Int Technology | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Short Term Corporate Bond Index FD Admiral CLS | | None | K | T | Buy | 12/30/16 | K | | |
| 36. Brokerage Statement #19 (H) | | | | | | | | | |
| 37. - Raymond James Bank | A | Int./Div. | K | T | | | | | |
| 38. - AMG GW&K Municipal Bond Fund Investor Class N/L | C | Dividend | L | T | | | | | |
| 39. AMG Southernsun US Equity | A | Dividend | K | T | | | | | |
| 40. - Alger Capital Appreciation Instl Portfolio | A | Dividend | K | T | | | | | |
| 41. - Artisan International Value Fund Inv Shs | B | Dividend | L | T | | | | | |
| 42. - Columbia FDS SER TR Small Cap Value II FD | B | Dividend | K | T | | | | | |
| 43. - Columbia FDS SER TR II MASS Select Large Cap Value | D | Dividend | L | T | | | | | |
| 44. - Cullen High Dividend Equity Fund | B | Dividend | K | T | | | | | |
| 45. - Guggenheim Total Return Bond Fund Instl CL | A | Dividend | K | T | Buy | 10/13/16 | K | | |
| 46. - Oakmark International Fund | A | Dividend | K | T | | | | | |
| 47. -JPMorgan TR I Strategic Incm | C | Dividend | M | T | | | | | |
| 48. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 49. - Lord Abbett Short Duration Income Fund Cl F N/L | C | Dividend | L | T | | | | | |
| 50. -Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |
| 51. -Oppenheimer International Growth Fund- CL A | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Payden Invt Group High Income Fd | B | Dividend | K | T | | | | | |
| 53. PIMCO Income Fund Class P N/L | B | Dividend | K | T | | | | | |
| 54. -Ishares Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 55. - Ishares NASDAQ Biotechnology Index Fd | | None | | | Sold (part) | 01/19/16 | K | D | |
| 56. | | | | | Sold | 01/20/16 | J | | |
| 57. - Ishares Trust Russell 1000 Val ETF | A | Dividend | K | T | | | | | |
| 58. - Ishares Trust Russell 1000 Growth Index | A | Dividend | K | T | Sold (part) | 01/19/16 | K | D | |
| 59. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 60. - Ishares Core S&P Small Cap | A | Dividend | K | T | | | | | |
| 61. - Powershares QQQ Trust Unit Series 1 | A | Dividend | K | T | | | | | |
| 62. - Sector SPDR Trust SHS Int - Financial | | None | | | Sold (part) | 01/22/16 | K | B | |
| 63. | | | | | Sold | 01/25/16 | J | | |
| 64. - Sector SPDR Trust SHS Ben Int Technology | A | Dividend | K | T | | | | | |
| 65. - Vanguard Short Term Corporate Bond Index FD Admiral CLS | | None | K | T | Buy | 12/30/16 | K | | |
| 66. Brokerage Statement #20 (H) | | | | | | | | | |
| 67. - Raymond James Bank (Y) | | | | | | | | | |
| 68. - AMG Southernsun U.S. Equity (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Causeway International Value (Y) | | | | | | | | | |
| 70. - Cullen High Dividend Equity Fund (Y) | | | | | | | | | |
| 71. - Doubleline Total Return BD FD CL N (Y) | | | | | | | | | |
| 72. - Guggenheim Mid Cap Value (Y) | | | | | | | | | |
| 73. - JH Large CAP Equity FD CL A (Y) | | | | | | | | | |
| 74. - Oakmark International Fund (Y) | | | | | | | | | |
| 75. - Janus Invt Fund (Y) | | | | | | | | | |
| 76. - Oppenheimer International Growth Fund Cl A (Y) | | | | | | | | | |
| 77. - PIMCO High Yield Fund Cl P (Y) | | | | | | | | | |
| 78. - Ishares Core US Aggregate Bd (Y) | | | | | | | | | |
| 79. - Ishares Trust Russell Midcap ETF (Y) | | | | | | | | | |
| 80. - Ishares Trust Russell 2000 Growth ETF (Y) | | | | | | | | | |
| 81. - Ishares Trust U.S. Basic Materials (Y) | | | | | | | | | |
| 82. - Powershares DB Commodity Index (Y) | | | | | | | | | |
| 83. - SPDR Gold TR (Y) | | | | | | | | | |
| 84. - SPDR DOW Jones REIT (Y) | | | | | | | | | |
| 85. Brokerage Statement #21 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Raymond James Bank | | None | J | T | Open | 06/02/16 | J | | |
| 87. - Franklyn Templeton Funds NY Tax Free Income | A | Dividend | K | T | Open | 06/02/16 | K | | |
| 88. Retirement Plan for Partners #4 (H) | | | | | | | | | |
| 89. - FID Contrafund K | D | Int./Div. | M | T | Buy (add'l) | 12/31/16 | K | | |
| 90. - FID Growth Co K | D | Int./Div. | M | T | Buy (add'l) | 12/31/16 | K | | |
| 91. - TRP Inst SM CAP | B | Int./Div. | M | T | Buy (add'l) | 12/31/16 | K | | |
| 92. - Intl Equity Fund | | None | M | T | Buy (add'l) | 12/31/16 | J | | |
| 93. - FID Emerging Mkts K | A | Int./Div. | L | T | Buy (add'l) | 12/31/16 | J | | |
| 94. - NB Kaminsky III | | None | | | Sold | 12/31/16 | M | D | |
| 95. - NB Kaminsky II | | None | | | Sold | 12/31/16 | M | D | |
| 96. - MIP CL 2 | B | Int./Div. | M | T | Buy (add'l) | 12/31/16 | K | | |
| 97. - Multi MGR Bal Mod | | None | M | T | Buy | 12/31/16 | M | | |
| 98. - Multi MGR Bal Aggr | | None | M | T | Buy | 12/31/16 | M | | |
| 99. IRA # 5 (H) | | | | | | | | | |
| 100. - Raymond James Bank | A | Interest | L | T | | | | | |
| 101. -AMG Southernsun US Equity | A | Dividend | L | T | | | | | |
| 102. - Alger Capital Appreciation Instl Portfolio | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Artisan International Value fund Inv Shs | C | Dividend | L | T | Sold (part) | 12/29/16 | J | A | |
| 104. - Columbia FDS SER TR Small Cap Value II FD CL A | B | Dividend | K | T | | | | | |
| 105. - Columbia FDS SER TR II Mass Select Large Cap Value | D | Dividend | L | T | | | | | |
| 106. - Clarkson Partners Fund Instl CL | | None | K | T | Buy | 12/30/16 | K | | |
| 107. - Doubleline Total Return Bond Fund | C | Dividend | L | T | | | | | |
| 108. - Guggenheim Total Return Bond Fund Instl CL | A | Dividend | K | T | Buy | 10/31/16 | K | | |
| 109. - Oakmark International Fund | A | Dividend | L | T | Sold (part) | 12/29/16 | J | | |
| 110. - Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 111. - Lord Abbett Short Duration Income Fund CL F | D | Dividend | M | T | | | | | |
| 112. - Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |
| 113. -Oppenheimer International Growth Fund- CL A | A | Dividend | L | T | Sold (part) | 12/29/16 | K | C | |
| 114. -Oppenheimer International Bond Fund - CL A | A | Dividend | | | | | | | See Note in Part VIII |
| 115. - PIMCO Income Fund Class P | D | Dividend | M | T | | | | | |
| 116. - PIMCO High Yield Fund | C | Dividend | L | T | | | | | |
| 117. - Riverpark/Wedgewood Fund Retail CL | A | Dividend | | | Sold | 12/29/16 | K | | |
| 118. - Vanguard Short Term Corporate Bond Index FD | A | Dividend | L | T | Buy (add'l) | 12/30/16 | K | | |
| 119. - Ishares Trust Russell Mid Cap ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Ishares NASDAQ Biotechology Index Fd | | None | | | Sold | 01/19/16 | K | D | |
| 121. -Ishares Trust Russell 1000 Value ETF | B | Dividend | L | T | | | | | |
| 122. - Ishares Trust Russell 1000 Growth Index | A | Dividend | K | T | Sold (part) | 01/19/16 | K | D | |
| 123. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 124. - Ishares Trust Core S&P Small Cap ETF | A | Dividend | L | T | | | | | |
| 125. - Powershares QQQ Trust Unit Series 1 | A | Dividend | K | T | | | | | |
| 126. - Sector SPDR Trust SBI Int-Financial | | None | | | Sold | 01/22/16 | K | B | |
| 127. - Sector SPDR Trust SBI Int- Technology | A | Dividend | K | T | | | | | |
| 128. IRA #6 (H) | | | | | | | | | |
| 129. - Raymond James Bank | A | Interest | L | T | | | | | |
| 130. - AMG Southernsun US Equity | A | Dividend | L | T | | | | | |
| 131. - Alger Capital Appreciation Instl Portfolio | A | Dividend | K | T | | | | | |
| 132. - Artisan International Value fund Inv Shs | C | Dividend | L | T | Sold (part) | 12/29/16 | J | A | |
| 133. - Columbia FDS SER TR Small Cap Value II FD CL A | B | Dividend | K | T | | | | | |
| 134. - Columbia FDS SER TR II Mass Select Large Cap Value | D | Dividend | M | T | | | | | |
| 135. - Clarkson Partners Fund Instl CL N/L | | None | K | T | Buy | 12/30/16 | K | | |
| 136. - Guggenheim Total Return Bond Fund Instl CL N/L | A | Dividend | K | T | Buy | 10/13/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Oakmark International Fund | B | Dividend | L | T | Sold (part) | 12/29/16 | K | | |
| 138. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |
| 139. - Lord Abbett Short Duration Income Fund CL F | D | Dividend | M | T | | | | | |
| 140. - Matthews Pacific Tiger Fund | B | Dividend | K | T | | | | | |
| 141. - Metropolitan West Total Return Bond Fund Retail Class | B | Dividend | L | T | | | | | |
| 142. - Oppenheimer International Growth Fund-CL A | B | Dividend | M | T | Sold (part) | 12/29/16 | K | D | |
| 143. - Oppenheimer International Bond Fund-CL A | A | Dividend | | | | | | | See Note in Part VIII |
| 144. - PIMCO Income Fund Class P | D | Dividend | N | T | | | | | |
| 145. - PIMCO High Yield Fund | C | Dividend | L | T | | | | | |
| 146. - Riverpark/Wedgewood Fund Retail CL | A | Dividend | | | Sold | 12/29/16 | K | | |
| 147. - Ishares Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 148. - Ishares NASDAQ Biotechology Index Fd | | None | | | Sold | 01/19/16 | K | E | |
| 149. -Ishares Trust Russell 1000 Value ETF | B | Dividend | K | T | | | | | |
| 150. - Ishares Trust Russell 1000 Growth Index | A | Dividend | K | T | Sold (part) | 01/19/16 | K | D | |
| 151. - Ishares Trust Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 152. - Ishares Core S&P Small Cap ETF | A | Dividend | L | T | | | | | |
| 153. - Powershares QQQ Trust Unit Series 1 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Sector SPDR Trust SBI Int - Financial | | None | | | Sold | 01/22/16 | K | B | |
| 155.  - Sector SPDR Trust SBI Int - Technology | B | Dividend | L | T | | | | | |
| 156.  - Vanguard Short Term Corporate Bond Index FD Admiral CLS | | None | K | T | Buy | 12/30/16 | K | | |
| 157.  IRA #7 (X) | | | | | | | | | |
| 158.  - Raymond James Bank | A | Interest | M | T | | | | | |
| 159.  - Pimco Income Fund Class P | | None | K | T | Buy | 12/30/16 | K | | |
| 160.  - Clarkston Partners Fund Inst. CL | | None | J | T | Buy | 12/30/16 | J | | |
| 161.  - Ridgeworth Int'l Equity Fund CL I | | None | J | T | Buy | 12/30/16 | J | | |
| 162.  - Oakmark Int'l Fund CL I | | None | J | T | Buy | 12/30/16 | J | | |
| 163.  - Matthews Pacific Tiger Fund Investor CL | | None | J | T | Buy | 12/30/16 | J | | |
| 164.  - Vanguard Intermediate Term Bond Index FD Admiral Shs | | None | K | T | Buy | 12/30/16 | K | | |
| 165.  - Vanguard Short Term Corporate Bond Index FD Admiral CLS | | None | J | T | Buy | 12/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 06/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 10, Line 114; Oppenheimer International Bond Fund Class A M/F was sold in 2015. On January 4, 2016 dividends were issued.

2) Part VII, page 12, Line 143; Oppenheimer International Bond Fund Class A M/F was sold in 2015. On January 4, 2016 dividends were issued.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544